UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14057-CR-MOORE

UNITED STATES OF AMERICA,

       Plaintiff(s),

vs.

JAMES EMORY McFADYEN
#75973-004,

       Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued September 10, 2007 [30]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation [30] is hereby **ADOPTED**. The defendant James Emory McFadyen is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Miami, Florida this 9th day of October, 2007.

                                                    K. MICHAEL MOORE
                                                    UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record